writ of review, to the Court of Appeal, First Circuit, Parish of Washington. 229 So.2d 169.

Writ refused. On the facts found by the Court of Appeal the judgment complained of is correct.

230 So.2d 590

**James H. GARY and Carmen Gary**

**v.**

**Hubert M. BLANCHARD and Utica Mutual Insurance Company.**

**No. 50329.**

Feb. 6, 1970.

In re: James H. Gary and Carmen Gary applying for certiorari, or writ of review to the Court of Appeal, Third Circuit, Parish of Calcasieu. 228 So.2d 515.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

230 So.2d 590

**Aveneal MEAUX and Dudley Bourque**

**v.**

**LOUISIANA STATE DEPARTMENT OF HIGHWAYS.**

**No. 50333.**

Feb. 6, 1970.

In re: Harold E. Forbes, Director of Personnel for the State of Louisiana applying for certiorari or writ of review to the Court of Appeal, First Circuit, State Civil Service Commission. 228 So.2d 680.

Writ refused. The record is correct.

230 So.2d 590

**Aveneal MEAUX and Dudley Bourque**

**v.**

**LOUISIANA STATE DEPARTMENT OF HIGHWAYS.**

**No. 50347.**

Feb. 6, 1970.

In re: Department of Highways of the State of Louisiana applying for certiorari,